UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VERONICA VARGAS-TEJEDA,<br>  aka Veronica Vargas,<br><br>    Defendant. | Case No. **'13 CR 0333 GPC**<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii), (v)(II) and (B)(i) - Harboring Illegal Aliens and Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Attempted Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(b), Title 18, U.S.C., Sec. 982(a)(6), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

### Count 1

On or about September 27, 2012, within the Southern District of California, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, knowing and in reckless disregard of the fact that an alien, namely, Jose Gomez, had come to, entered and remained in the United States in violation of

DPF:nlv:San Diego
1/24/13

law, concealed, harbored, and shielded from detection Jose Gomez, in a building, place, and means of transportation, located at 2981 Doria Way, San Diego, California, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), (v)(II) and (B)(i).

### Count 2

On or about September 27, 2012, within the Southern District of California, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, knowing and in reckless disregard of the fact that an alien, namely, Jose Gomez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move Jose Gomez, within the United States, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

### Count 3

On or about October 3, 2012, within the Southern District of California, and elsewhere, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, the minor designated J-G-1, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code,

1  Section 1324(a)(2)(B)(ii), and Title 18, United States Code,
2  Section 2.

### Count 4

On or about October 3, 2012, within the Southern District of California, and elsewhere, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, the minor designated A-G, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 5

On or about October 3, 2012, within the Southern District of California, and elsewhere, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, the minor designated J-G-2, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), Title 18, United States Code, Section 2.

## Count 6

On or about October 4, 2012, within the Southern District of California, and elsewhere, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, knowing and in reckless disregard of the fact that an alien, namely, A-G, had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection A-G, in a building, place, and means of transportation, located at 2981 Doria Way, San Diego, California, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), (v)(II) and (B)(i).

## Count 7

On or about October 4, 2012, within the Southern District of California, and elsewhere, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, knowing and in reckless disregard of the fact that an alien, namely, J-G-2, had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection J-G-2, in a building, place, and means of transportation, located at 2981 Doria Way, San Diego, California, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), (v)(II) and (B)(i).

## Count 8

On or about October 4, 2012, within the Southern District of California, and elsewhere, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, knowing and in reckless

disregard of the fact that an alien, namely, A-G, had come to, entered and remained in the United States in violation of law, did knowingly transport and move A-G, within the United States, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

### Count 9

On or about October 4, 2012, within the Southern District of California, and elsewhere, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, knowing and in reckless disregard of the fact that an alien, namely, J-G-2, had come to, entered and remained in the United States in violation of law, did knowingly transport and move J-G-2, within the United States, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

### FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 9 are re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 8, United States Code, Section 1324(b), Title 18, United States Code, Section 982(a)(6), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Section 982(a)(6), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation

of Title 8, United States Code, Section 1324, defendant VERONICA VARGAS-TEJEDA, aka Veronica Vargas, shall forfeit to the United States all of her rights, title and interest in the following: a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which she is convicted; b) any property real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the defendant is convicted; c) any property real or personal, that is used to facilitate, and is intended to be used to facilitate, the commission of the offenses of which the defendant is convicted.

All in violation of Title 8, United States Code, Section 1324(b), Title 18, United States Code, Section 982(a)(6), and Title 28, United States Code, Section 2461(c).

DATED: January 24, 2013.

A TRUE BILL:

*[signature]*
Foreperson

LAURA E. DUFFY
United States Attorney

By: *[signature]*
DAVID P. FINN
Special Asst. U.S. Attorney